UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

MARGARET A. MOSLEY                CASE NO. 11-02126-BKC-3F7

          Debtor.
_____

**TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE**

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    The trustee gives notice that he intends to sell the following property of the bankruptcy estate: household goods and furnishings, and 2002 Toyota Sequoia, VIN 5TDZT34A02S059164, for the total sum of $2,400.00, which has now been paid in full to the trustee. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

    The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

    Dated October 19, 2011.

                                                                           /s/ Gregory K. Crews
                                                                           GREGORY K. CREWS, Trustee
                                                                           8584 Arlington Expressway
                                                                           Jacksonville, Florida 32211
                                                                           (904) 354-1750
                                                                           Florida Bar No. 172772

Mailed to creditors and parties in interest on October 19, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**MARGARET A. MOSLEY**  CASE NO. **11-02126-BKC-3F7**

           Debtor.           

**CERTIFICATE OF SERVICE OF TRUSTEE'S
NOTICE OF INTENT TO SELL AT PRIVATE SALE**

I certify, under penalty of perjury, that on October 19, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

/s/ Gregory K. Crews
Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:11-bk-02126-JAF<br>Middle District of Florida<br>Jacksonville<br>Wed Oct 19 13:10:03 EDT 2011 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 |
| Bb&t<br>Po Box 2027<br>Greenville, SC 29602-2027 | Bealls Department Stor<br>P O Box 25207<br>Bradenton, FL 34206-5207 | John C Brock Jr.<br>Albertelli Law<br>600 North Westshore Blvd., Suite 400<br>Tampa, FL 33609-1145 |
| Citibank Usa<br>Citicard Credit Srvs/Centralized Bankrup<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Gregory K Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 | Discover Fin<br>Po Box 6103<br>Carol Stream, IL 60197-6103 |
| FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | George Mosley<br>2007 Sherman Avenue<br>Palatka, FL 32177-5838 |
| Heritage Park Townhome Owner<br>c/o Vista Community Assoc.<br>P.O. Box 162147<br>Altamonte Springs, FL 32716-2147 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Eugene H Johnson<br>Johnson Law Firm PA<br>300 W Adams Street Ste 350<br>Jacksonville, FL 32202-4330 |
| Lowes / MBGA<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | Margaret A. Mosley<br>200 BellRay Drive<br>Satsuma, FL 32189-2671 | Margaret A. Mosley<br>P.O. Box 1191<br>Palatka, FL 32178-1191 |
| Putnam County Tax Collector<br>Post Office Box 1339<br>Palatka FL 32178-1339 | Riverside National Bank<br>2810 S Federal Hwy 1<br>Fort Pierce, FL 34982-6331 | United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 |
| United States Trustee - JAX 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T
P.O. Box 1847
Wilson, NC 27894

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Gregory K. Crews                (u)Jerry A. Funk                (u)SRMOF 2009-1 Trust
8584 Arlington Expressway          Jacksonville
Jacksonville, FL 32211-8003


End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27